IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | NO. 4:16-MJ-253 |
| MANDY MARIE TURNER | § | |

## WAIVER OF PRELIMINARY EXAMINATION

I understand that I have been charged in a complaint pending in this district. Having appeared before this Court and been advised of my rights including my right to have a preliminary examination, do hereby waive (give up) my right to a preliminary examination.

_19 May 2016_
Date

_[signature]_
MANDY MARIE TURNER, Defendant

_[signature]_
Counsel for Defendant