

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

No. 4:16-CR-131-O

MANDY MARIE TURNER
a/k/a/ "Amy WOOLDRIDGE" (03)

## WAIVER OF INDICTMENT

I, Mandy Marie Turner, the above named defendant, who is accused of Conspiracy to Possess a Controlled Substance with intent to Distribute, in violation of 21 U.S.C. § 846 (21 U.S.C. § 841 (a)(1) and (b) (1) (B)), and being advised of the nature of the charges, the proposed Information, and of my rights, hereby waive in open court, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
MANDY MARIE TURNER
Defendant

_____
KARA CARRERAS
Attorney for Defendant